# IN THE SUPREME COURT OF PENNSYLVANIA
## EASTERN DISTRICT

COMMONWEALTH OF PENNSYLVANIA,      :    No. 17 EAL 2024

            Petitioner            :

                                           :    Petition for Allowance of Appeal
                                           :    from the Order of the Superior Court

       v.                                 :

JAMES SMITH,                           :

            Respondent          :

## <u>ORDER</u>

**PER CURIAM**

      **AND NOW**, this 23rd day of July, 2024, the Petition for Allowance of Appeal is **GRANTED**. The issue, as stated by the Commonwealth, is:

> Did the Superior Court override this Court's controlling legal standard by holding that the evidence was insufficient to establish a prima facie case that defendant[s], [ ] off-duty police officer[s], committed simple assault, criminal conspiracy, and reckless endangerment, where the co-defendants … accused a [pedestrian] of breaking into cars, chased him as he ran for help, and slammed him into a pillar—injuring his head, arms, and legs?

Justice McCaffery did not participate in the consideration or decision of this matter.